PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Transferring Court*): 4:14CR00416-001 | | |
|---|---|---|---|
| | DOCKET NUMBER (*Receiving Court*): 19-cr-504-DDD | | |
| NAME OF SUPERVISED PERSON: QUINHUN ROLLINS | DISTRICT: SOUTHERN DISTRICT OF TEXAS | | DIVISION: HOUSTON |
| | NAME OF SENTENCING JUDGE: KENNETH M. HOYT | | |
| | DATES OF PROBATION or SUPERVISED RELEASE | FROM: 09/13/2017 | TO: 09/12/2022 |

OFFENSE:

**BANK FRAUD (18 U.S.C. § 1344)**

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the **SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF COLORADO** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

12-2-19
Date

Kenneth M. Hoyt
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the **DISTRICT OF COLORADO**:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 4, 2019
**Effective Date**

United States District Judge